UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

American Reprographics, Company, L.L.C.
d/b/a MinnBlue Digital Imaging,

Plaintiff,

v.

Gary Nichols and
As Soon As Possible, Inc., a
Minnesota Corporation,

Defendants.

Civil No.00-1546 DWF/SRN

**ORDER**

---

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of the United States District Court, District of Minnesota, on the 30th day of August, 2000, upon the Motion of Attorney Marlene S. Garvis.

Appearances were made by Attorneys Marlene S. Garvis, on behalf of defendant Gary Nichols, and Karen A. Janisch, on behalf of plaintiff.

Based upon all of the evidence adduced, the arguments of counsel, and the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. That the Motion of Marlene S. Garvis and the law firm of Jardine, Logan & O'Brien, P.L.L.P. to withdraw as legal counsel for Defendant Gary Nichols is hereby granted.

2. That the Clerk of Court shall serve any and all pleadings, orders and the like on Mr. Nichols at 7700 Hinton Avenue, South, Apt. #8, Cottage Grove, Minnesota 55016.

FILED SEP 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 22, 2000.

Susan Richard Nelson
United States Magistrate Judge