**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AMERICAN REPROGRAPHICS COMPANY, L.L.C., d/b/a MinnBlue Digital Imaging,

Plaintiff,

v.

GARY NICHOLS and AS SOON AS POSSIBLE, INC., a Minnesota corporation,

Defendants.

Civil No. 00-1546 (DWF/SRN)

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 13, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 13 2000
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________